In the Matter of ANNETTE B. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH B., Appellant.

Submitted August 9, 2004; decided August 31, 2004

Motion for assignment of counsel granted and Neal D. Futerfas, Esq., 50 Main Street, Suite 100, White Plains, NY 10606 assigned as counsel to the appellant on the appeal herein.